[No. 11742–4–I.   Division One.   December 19, 1984.]

*In the Matter of the Marriage of* KATHERINE JEAN FERNAU, *Respondent, and* WALTER AUGUST FERNAU III, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–3–05345–4, Shannon Wetherall, J., entered April 15, 1982. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Corbett, A.C.J., and Callow, J. Now published at 39 Wn. App. 695.

[No. 13709–3–I.   Division One.   December 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID W. HOYER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80–1–00088–1, Jack S. Kurtz, J., entered August 30, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 6566–5–II.   Division Two.   December 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES BURRESS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–1–00335–4, William L. Brown, Jr., J., entered August 27, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.